UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| Aviva STAHL, | ) |
|                 *Plaintiff*, | ) No. 19-CV-4142 (BMC) |
| *v.* | ) |
| | ) (Cogan, J.) |
| FEDERAL BUREAU OF PRISONS and | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ORAL ARGUMENT NOT REQUESTED |
| | ) |
|                 *Defendants.* | ) |

_____

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, on a date and a time to be set by the Court, Defendants the Federal Bureau of Prisons and the United States Department of Justice will move for summary judgment pursuant to Fed. R. Civ. P. 56. In support of said motion, Defendants respectfully submit a Memorandum of Law, a Declaration of James Phelps (with Exhibits A and B), and a Declaration of Erika Fenstermaker (with Exhibits A-E). Defendants will also separately submit to the Court, *ex parte* and under seal, a disk containing the thirteen withheld videotapes at issue in this case, for the Court's *in camera* review, should it so desire.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule endorsed by the Court on October 25, 2019 (ECF No. 16), Plaintiff shall file her cross-motion and memorandum in opposition by no later than February 10, 2020, with the Government's reply in support of the motion due by February 24, 2019. Defendants do not request oral argument on this motion.

Dated: Brooklyn, New York  
        December 20, 2019

                                              RICHARD P. DONOGHUE  
                                              United States Attorney  
                                              Eastern District of New York

                                  By:    /s/ {SUBMITTED ELECTRONICALLY}  
                                              F. FRANKLIN AMANAT, Senior Counsel  
                                              Eastern District of New York  
                                              271A Cadman Plaza East, 7th Floor  
                                              Brooklyn, NY 11201-2776  
                                              (718) 254-6024  
                                              franklin.amanat@usdoj.gov