*Aviva Stahl v. Federal Bureau of Prisons, and Dept. of Justice*

Case No. 19-CV-4142 (BMC) (E.D.N.Y.)

Fenstermaker Declaration

Exhibit A

```
 NCRAR           *        PUBLIC INFORMATION         *      10-07-2019
PAGE 001         *           INMATE DATA             *      11:08:19
                          AS OF 10-07-2019


REGNO..: 34338-054 NAME: SALAMEH, MOHAMMAD

                   RESP OF: BSY
                   PHONE..: 606-433-2400    FAX: 606-433-2577
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  52
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 01-22-2095                     PAR HEAR DT:




G0002          MORE PAGES TO FOLLOW . . .
```

```
  NCRAR         *         PUBLIC INFORMATION             *    10-07-2019
 PAGE 002       *             INMATE DATA                *     11:08:19
                           AS OF 10-07-2019


 REGNO..: 34338-054 NAME: SALAMEH, MOHAMMAD

                  RESP OF: BSY
                  PHONE..: 606-433-2400    FAX: 606-433-2577
 HOME DETENTION ELIGIBILITY DATE: 07-22-2094

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  01-22-2095 VIA GCT REL

 ----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
 DOCKET NUMBER...................: S5 93CR00180-01(KTD)
 JUDGE...........................: DUFFY
 DATE SENTENCED/PROBATION IMPOSED: 05-24-1994
 DATE COMMITTED..................: 05-25-1994
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS  FINES          COSTS
 NON-COMMITTED.:  $500.00         $00.00          $250,000.00    $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $250,000,000.00

 -------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:   123      18:844 EXPLOSIVES PROP DESTR
 OFF/CHG: 18:371 -CONSPR TO DAMAGE BLDG BY USE OF EXPLOSIVE DEV CT1; 18:
          844(I)&2-EXPL DESTR OF PROP,EXPL DESTR OF GOV PROP CT 2&3; 18:
          844(D)&2-I/S TRANS EXPL CT 4; 18:3334&2-DESTR MOT VEH CT 5&6;
          18:111&2-ASSLT FED OFF CT 8;18:1546(A)-SUB INS APPLICATION FOR
          TEMP/PERMANENT RESIDENT ALIEN STATUS WHICH CONTAIN FALSE STMT

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    683 MONTHS
  TERM OF SUPERVISION............:      5 YEARS
  DATE OF OFFENSE................: 09-22-1992




 G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:19-cv-04142-BMC   Document 17-6   Filed 12/20/19   Page 3 of 5 PageID #: 197

```
 NCRAR            *            PUBLIC INFORMATION            *      10-07-2019
 PAGE 003         *               INMATE DATA                *       11:08:19
                              AS OF 10-07-2019

REGNO..: 34338-054 NAME: SALAMEH, MOHAMMAD

                     RESP OF: BSY
                     PHONE..: 606-433-2400   FAX: 606-433-2577
-------------------------CURRENT OBLIGATION NO: 020 --------------------------
 OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS
 OFF/CHG: 18 USC 924(C) & 2 USING OR CARRYING A DESTRUCTIVE DEVICE DUR-
          ING A CRIME OF VIOLENCE, CTS. 9 & 10

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     60 YEARS
  TERM OF SUPERVISION............:      5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 010
  DATE OF OFFENSE................: 02-26-1993

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-26-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-26-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 05-24-1994
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800
TOTAL TERM IN EFFECT............:     60 YEARS     683 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    116 YEARS      11 MONTHS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 09-22-1992

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     03-04-1993    05-23-1994




G0002        MORE PAGES TO FOLLOW . . .
```

```
 NCRAR            *          PUBLIC INFORMATION           *     10-07-2019
PAGE 004 OF 004 *              INMATE DATA                *      11:08:19
                             AS OF 10-07-2019


REGNO..: 34338-054 NAME: SALAMEH, MOHAMMAD

                  RESP OF: BSY
                  PHONE..: 606-433-2400    FAX: 606-433-2577
TOTAL PRIOR CREDIT TIME.........: 446
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 5488
TOTAL GCT EARNED................: 1390
STATUTORY RELEASE DATE PROJECTED: 01-22-2095
EXPIRATION FULL TERM DATE.......: 02-01-2110
TIME SERVED.....................:     26 YEARS      7 MONTHS      3 DAYS
PERCENTAGE OF FULL TERM SERVED..:  22.7

PROJECTED SATISFACTION DATE.....: 01-22-2095
PROJECTED SATISFACTION METHOD...: GCT REL




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```