## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **AVIVA STAHL**, <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF PRISONS**, and **DEPARTMENT OF JUSTICE**, <br><br> Defendants. | **No. 19-cv-4142 (BMC)** <br><br> **(Cogan, J.)** <br><br> **Oral Argument Requested** |

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE**, that, on a date and time to be set by the Court, Plaintiff Aviva Stahl will cross move for summary judgment pursuant to Fed. R. Civ. P. 56. In support of her motion, Plaintiff respectfully submits a Memorandum of Law, a Declaration of Betsy Ginsberg (with Exhibits A and B), a Declaration of Aviva Stahl (with Exhibits A, B, and C), and a Declaration of Mohammad Salameh.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the schedule endorsed by the Court on October 25, 2019 (ECF No. 16), Defendants reply in support of their motion is due by February 24, 2020.  Plaintiff requests oral argument on this motion.

Dated:        New York, New York
              February 10, 2020

                                        /s Betsy Ginsberg
                                        BETSY GINSBERG
                                        Director

                                        KHARIS LUND
                                        CIERA FOREMAN
                                        Legal Interns
                                        Cardozo Civil Rights Clinic
                                        55 5th Ave., 11th Floor
                                        New York, NY 10003
                                        (212) 790-0871
                                        Betsy.ginsberg@yu.edu