*Aviva Stahl v. Federal Bureau of Prisons, and Department of Justice*

Case No. 19-cv-4142 (BMC) (E.D.N.Y.)

Stahl Declaration

Exhibit C

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: SALAMEH, MOHAMMAD | Sex: M  Race: WHITE | Reg #: 34338-054 |
| Date of Birth: 09/19/1967 | Provider: Huddleston, R. EMT | Facility: FLM |
| Encounter Date: 11/04/2015 10:05 | | Unit: L01 |

Nursing - Hunger Strike Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Huddleston, R. EMT

**Chief Complaint:** Pain

**Subjective:** Inmate continuing with his hunger strike. He has missed 75 meals as of the morning meal. He appears to be slightly lethargic and irritated this morning, not responding to medical questions appropriately. He states he does have dizziness, weakness, cramping and states he thinks he has an arrhythmia sometimes.

**Pain:** Yes

**Pain Assessment**

- **Date:** 11/04/2015 11:29
- **Location:** Multiple Locations
- **Quality of Pain:** Cramping
- **Pain Scale:** 8
- **Intervention:** 2000 cc's of Normal Saline.
- **Trauma Date/Year:**
- **Injury:**
- **Mechanism:**
- **Onset:** 1-2 Weeks
- **Duration:** 1-2 Weeks
- **Exacerbating Factors:** not eating and hydrating.
- **Relieving Factors:** eating and hydrating.
- **Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/04/2015 | 10:05 FLX | 97.5 | 36.4 | Tympanic | Huddleston, R. EMT |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/04/2015 | 11:27 FLX | 97 | Via Machine | | Huddleston, R. EMT |
| 11/04/2015 | 11:26 FLX | 95 | Via Machine | | Huddleston, R. EMT |
| 11/04/2015 | 11:25 FLX | 95 | Via Machine | | Huddleston, R. EMT |
| 11/04/2015 | 10:06 FLX | 155 | Via Machine | Regular | Huddleston, R. EMT |
| 11/04/2015 | 10:05 FLX | 132 | Apical | Regular | Huddleston, R. EMT |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/04/2015 | 11:27 FLX | 16 | Huddleston, R. EMT |
| 11/04/2015 | 11:26 FLX | 16 | Huddleston, R. EMT |
| 11/04/2015 | 11:25 FLX | 16 | Huddleston, R. EMT |

| Inmate Name: | SALAMEH, MOHAMMAD | | | | Reg #: | 34338-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/19/1967 | Sex: | M   Race: WHITE | | Facility: | FLM |
| Encounter Date: | 11/04/2015 10:05 | Provider: | Huddleston, R. EMT | | Unit: | L01 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/04/2015 | 10:06 FLX | 16 | Huddleston, R. EMT |
| 11/04/2015 | 10:05 FLX | 16 | Huddleston, R. EMT |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/04/2015 | 11:27 FLX | 136/95 | Right Arm | Standing | | Huddleston, R. EMT |
| 11/04/2015 | 11:26 FLX | 139/92 | Right Arm | Standing | Adult-regular | Huddleston, R. EMT |
| 11/04/2015 | 11:25 FLX | 135/92 | Right Arm | Lying | Adult-regular | Huddleston, R. EMT |
| 11/04/2015 | 10:06 FLX | 139/107 | Left Arm | Standing | Adult-regular | Huddleston, R. EMT |
| 11/04/2015 | 10:05 FLX | 131/94 | Left Arm | Lying | Adult-regular | Huddleston, R. EMT |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/04/2015 | 10:05 FLX | 142.4 | 64.6 | | Huddleston, R. EMT |

**Exam:**
  **General**
    **Affect**
      Yes: Irritable, Agitated
      No: Pleasant, Cooperative
    **Appearance**
      Yes: Alert and Oriented x 3, Lethargic, Appears in Pain, Pale, Disheveled
  **Skin**
    **General**
      Yes: Dry, Skin Intact, Warmth
      No: Tenting
  **Head**
    **General**
      Yes: Symmetry of Motor Function, Atraumatic/Normocephalic, Facial Asymmetry
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
  **Nose**
    **General**
      Yes: Nares Patent
  **Lips**
    **General**
      Yes: Dryness
  **Mouth**
    **General**
      Yes: Dryness
    **Mucosa**
      Yes: Dryness
    **Tongue**
      Yes: Dryness
  **Neck**
    **General**
      Yes: Within Normal Limits, Symmetric, Trachea Midline
  **Pulmonary**

| | | |
|---|---|---|
| Inmate Name: SALAMEH, MOHAMMAD | | Reg #: 34338-054 |
| Date of Birth: 09/19/1967 | Sex: M   Race: WHITE | Facility: FLM |
| Encounter Date: 11/04/2015 10:05 | Provider: Huddleston, R. EMT | Unit: L01 |

**Exam:**
   **Observation/Inspection**
      Yes: Within Normal Limits
      No: Respiratory Distress
   **Auscultation**
      Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally
  **Cardiovascular**
   **Observation**
      Yes: Within Normal Limits, Normal Rate, Regular Rhythm
  **Peripheral Vascular**
   **General**
      Yes: Within Normal Limits

**ASSESSMENT:**
  Dehydration
  S/S of dehydration.

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile | One Time | 11/04/2015 00:00 | Today |
| Lab Tests-P-Prealbumin | | | |

   **Lab personnel verbally notified of a priority order of Today or Stat**

**Disposition:**
  Follow-up at Sick Call as Needed

**Other:**
  Inmate received 2000 cc of normal saline via IV, verbal order from Dr. Santini. He tolerated the procedure well with out any complications. Follow up per hunger strike protocol.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/04/2015 | Counseling | Diet | Huddleston, R. | No Evidence of Learning |

  Spoke about eating his assigned food tray and proper hydration.

| | | | |
|---|---|---|---|
| Inmate Name: SALAMEH, MOHAMMAD | | Reg #: 34338-054 | |
| Date of Birth: 09/19/1967 | Sex: M  Race: WHITE | Facility: FLM | |
| Encounter Date: 11/04/2015 10:05 | Provider: Huddleston, R. EMT | Unit: L01 | |

**Copay Required:** No  **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Huddleston, R. EMT on 11/04/2015 11:47
Requested to be cosigned by Santini, G. MD/CD.
Cosign documentation will be displayed on the following page.

| | | |
|---|---|---|
| Inmate Name: SALAMEH, MOHAMMAD | | Reg #: 34338-054 |
| Date of Birth: 09/19/1967 | Sex: M  Race: WHITE | |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: SALAMEH, MOHAMMAD | | Reg #: | 34338-054 |
| Date of Birth: 09/19/1967 | Sex: M  Race: WHITE | Facility: | FLM |
| Encounter Date: 11/11/2015 10:55 | Provider: Osagie, A. MLP | Unit: | L01 |

Mid Level Provider - Hunger Strike Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**      **Provider:** Osagie, A. MLP

**Chief Complaint:** Deconditioned

**Subjective:** Pt. has continued to refuse his meals and has missed a total of 97 meals as of lunch today. He states, "Watch it, I am going to be the first one to die from hunger strike because of this guy (pointing to provider)." He refused to answer direct questions about his health.

**Pain:** Not Applicable

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/11/2015 | 12:25 FLX | 96.3 | 35.7 | Tympanic | Osagie, A. MLP |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/11/2015 | 12:28 FLX | 115 | Via Machine | Regular | Osagie, A. MLP |
| 11/11/2015 | 12:27 FLX | 90 | Via Machine | Regular | Osagie, A. MLP |
| 11/11/2015 | 12:27 FLX | 110 | Via Machine | Regular | Osagie, A. MLP |
| 11/11/2015 | 12:26 FLX | 162 | Via Machine | Regular | Osagie, A. MLP |
| 11/11/2015 | 12:26 FLX | 108 | Via Machine | Regular | Osagie, A. MLP |
| 11/11/2015 | 12:25 FLX | 147 | Via Machine | Regular | Osagie, A. MLP |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/11/2015 | 12:25 FLX | 14 | Osagie, A. MLP |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/11/2015 | 12:28 FLX | 132/91 | Left Arm | Standing | Adult-regular | Osagie, A. MLP |
| 11/11/2015 | 12:27 FLX | 140/98 | Left Arm | Lying | Adult-regular | Osagie, A. MLP |
| 11/11/2015 | 12:27 FLX | 135/94 | Left Arm | Sitting | Adult-regular | Osagie, A. MLP |
| 11/11/2015 | 12:26 FLX | 134/95 | Left Arm | Lying | Adult-regular | Osagie, A. MLP |
| 11/11/2015 | 12:26 FLX | 125/78 | Left Arm | Standing | Adult-regular | Osagie, A. MLP |
| 11/11/2015 | 12:25 FLX | 142/91 | Left Arm | Sitting | Adult-regular | Osagie, A. MLP |

### Height:

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 11/11/2015 | 12:25 FLX | 69.0 | 175.3 | Osagie, A. MLP |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/11/2015 | 12:25 FLX | 139.0 | 63.1 | | Osagie, A. MLP |

### Exam:

| | | | |
|---|---|---|---|
| Inmate Name: SALAMEH, MOHAMMAD | | Sex: M   Race: WHITE | Reg #: 34338-054 |
| Date of Birth: 09/19/1967 | | Provider: Osagie, A. MLP | Facility: FLM |
| Encounter Date: 11/11/2015 10:55 | | | Unit: L01 |

**Exam:**
  **Diagnostics**
    **Laboratory**
      Yes: Results
  **General**
    **Affect**
      Yes: Irritable
      No: Cooperative
    **Appearance**
      Yes: Alert and Oriented x 3, Cachectic, Lethargic, Appears in Pain, Pale
      No: Appears Well, Jaundiced, Dyspneic, Acutely Ill
    **Nutrition**
      Yes: Poor food intake, Tube feedings, Appears Malnourished
  **Skin**
    **General**
      Yes: Dry, Skin Intact
      No: Tenting
  **Lips**
    **General**
      Yes: Dryness
      No: Cheilitis
  **Mouth**
    **Tongue**
      Yes: Dryness, Coating
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
      No: Crackles
  **Cardiovascular**
    **Observation**
      Yes: Tachycardia
    **Auscultation**
      Yes: Normal S1 and S2
      No: M/R/G
  **Abdomen**
    **Inspection**
      Yes: Scaphoid
    **Auscultation**
      Yes: Hyper-Active Bowel Sounds
    **Palpation**
      Yes: Soft, Tenderness on Palpation
      No: Guarding, Mass(es), Hepato-Splenomegaly

**Comments**
  HEENT: Eyes appear sunken
  Pt. appears weak, irritable and ambulates sluggishly.
  UA: Moderate (40) ketones.

**ASSESSMENT:**
    Effects of hunger, 994.2 - Resolved, History/Resolved, Worsened

| | | | |
|---|---|---|---|
| Inmate Name: SALAMEH, MOHAMMAD | | | Reg #: 34338-054 |
| Date of Birth: 09/19/1967 | Sex: M | Race: WHITE | Facility: FLM |
| Encounter Date: 11/11/2015 10:55 | Provider: Osagie, A. MLP | | Unit: L01 |

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up in 48-72 Hours

**Other:**
Evaluation was completed, but pt. appears compromised physiologically. Per physician, pt. requires medical intervention via involuntary tube rehydration. Involuntary tube feeding procedure was performed. Next evaluation will be in 48-72 hrs.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/11/2015 | Counseling | Diet | Osagie, A. | Verbalizes Understanding |

Pt was encouraged to resume eating and drinking as appropriate. He was instructed on the tube feeding procedure.

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Osagie, A. MLP on 11/11/2015 12:40