UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVIVA STAHL,<br><br>                        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, and<br>DEPARTMENT OF JUSTICE,<br><br>                        Defendants. | No. 19-cv-4142 |

## DECLARATION OF MOHAMMAD SALAMEH

I, Mohammad Salameh, do hereby declare and state as follows:

1. I am a 52-year-old man who has been incarcerated at Federal Bureau of Prisons ["BOP"] facilities since 1993.

2. Between October 4, 2002 through December 31, 2015, I was incarcerated in H Unit at the Administrative Maximum Unit in Florence, Colorado ["Florence ADX"].

3. Since March 2016, I have not been incarcerated on H Unit at Florence ADX, an administrative maximum security prison. In January 2017, I started the ADX step-down program to transition out of ADX Florence through a step-by-step process that allows incarcerated individuals to gradually earn more privileges, and eventually, to transition to a lower security prison if the program is successfully completed. In February 2019, I successfully completed the program. In March 2019, I was transferred out of ADX step-down program, and I arrived to USP Big Sandy. I have since been in general population at USP Big Sandy in Inez, Kentucky.

4. During my time at Florence ADX, I participated in several peaceful hunger strikes, including one in October and November 2015 that lasted 34 days.

5. I decided to engage in a hunger strike in October and November 2015 in order to protest harsh conditions of confinement. During my hunger strike, I did not voluntarily consume any food or liquids, except water.

6. During the October/November 2015 hunger strike, I was involuntarily intravenously rehydrated on November 4, 2015 and force-fed via a naso-gastric tube on November 11, 2015.

7. During each procedure, I was aware that officers were videotaping the encounters and the preparation for the procedures from multiple angles. I am aware that the videos made during the November 4, 2015 and November 11, 2015 procedures are the subject of this lawsuit.

8. On the 18th day of the October/November 2015 hunger strike, I was taken to a Medical Observation Cell ["MOC"] at the Health Services Department, which is located separately from H Unit, where I was housed at the time. I voluntarily walked to the MOC, escorted by a Lieutenant and two correctional officers.

9. The Health Services Department is a separate unit in Florence ADX in which there are two MOCs.

10. During the October/November 2015 hunger strike, I was in an MOC alone. During my time in the MOC, I was the only person being held in either MOC.

11. While I was there, I was examined by Health Services staff three times a week. For each medical exam, a Force Team—consisting of five officers, a lieutenant, and two officers carrying two cameras came to my MOC. The team was always accompanied by a

2

physician assistant ["PA"], nurse, or an Emergency Medical Technician ["EMT"]. They would conduct the exam in the medical exam room.

12. On November 4, 2015, the 27th day of my hunger strike, the Force Team came to my cell. Prior to their arrival to my cell, the team described on camera what they were going to do, and introduced themselves for the video recording.

13. Then, Lieutenant Sukdeo requested I "cuff-up" in order to be taken to a medical exam room for an exam. Because my weakness made me incapable of moving or going to the door, I motioned for Lieutenant Sukdeo to enter the cell. Before he entered the cell, I laid on my stomach with my hands behind my back in order to be hand cuffed. After that, the Force Team entered the MOC and hand-cuffed me with rapid-cuffs and placed leg irons on me. I did not resist their restraints.

14. Next, the team escorted me to a medical exam room where EMT Huddleston examined me and determined I needed rehydration. While I was being escorted through the halls of the Health Services Department, I did not see any other incarcerated individuals. I saw offices, supply closets, and staff rooms.

15. The medical exam room contains medical equipment.

16. The team handcuffed me in front and laid me on my back on a gurney. I also had leg irons on. EMT Huddleston inserted the IV into my right arm with a large needle. I bled when they introduced the IV needle into my arm. The rehydration took approximately 1 hour. During the procedure, I was shivering and shaking because the IV solution was cold compared to my body temperature. I was told it was 67 degrees Fahrenheit and that 2000 cc of IV solution was being administered.

17. After the procedure, I was taken back to the MOC.

3

18. On November 11, 2015, Lieutenant Jones and the Force Team, as well as PA Osagie, came to my MOC in order to take me to a medical exam room for a medical exam. Prior to their arrival to my cell, they introduced themselves and described their roles in what would be happening.

19. They requested I cuff-up. This time, although I was very weak, I was able to slowly walk to the cell door to be cuffed up by supporting myself on the cell wall. They restrained me with rapid cuffs, leg irons, and chains. They then placed me in a wheelchair to be taken to the medical exam room. I did not resist being removed from my cell or placed in the wheelchair.

20. During the medical exam, I stayed in my wheelchair. After the exam, Mr. Osagie determined I required force-feeding. He called a doctor to report my vitals and confirmed I should be force-fed.

21. PA Osagie and Lieutenant Jones offered me a nutritional supplement drink, which I refused. With exception to leg-irons, rapid cuffs, and chains, there were no other restraints on me during the force-feeding procedure, including straps.

22. In order to insert the naso-gastric tube into my nose and stomach, a member of the Force Team grabbed my head from behind so PA Osagie could insert it. After the procedure started, and throughout the procedure, the Force Team member stood behind me but did not hold my head. The four other Force Team members stood in the room observing me.

23. During the force-feeding procedure, I vomited because the tube was activating my gag reflex. Every time I vomited, PA Osagie added additional nutrient liquid to the tube. It is hard to put into words how excruciatingly painful this procedure was.

4

24. During my October/November 2015 hunger strike, I never resisted a cell extraction, force-feeding, or involuntary rehydration procedure.

25. During my time at Florence ADX, I shared details of these procedures with other incarcerated individuals and discussed the procedures with others who had experienced them.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this **3rd** day of **February** 2020.

*[signature]*

Mohammad Salameh
USP Big Sandy
Inez, Kentucky
Register Number: 34338-054

5