*Aviva Stahl v. Federal Bureau of Prisons, and Department of Justice*

Case No. 19-cv-4142 (BMC) (E.D.N.Y.)

Ginsberg Declaration

Exhibit B

*Aviva Stahl v. Federal Bureau of Prisons, and Dept. of Justice*

Case No. 19-CV-4142 (BMC) (E.D.N.Y.)

Fenstermaker Declaration

Exhibit H

**Erika Fenstermaker - Re: FOIA #2018-02917 - I/M Mohammad Salameh #34338-054**

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇▇ |
| **To:** | Fenstermaker, Erika; ▇▇▇▇▇▇▇ |
| **Date:** | 8/19/2019 12:47 PM |
| **Subject:** | Re: FOIA #2018-02917 - I/M Mohammad Salameh #34338-054 |

Search conducted for videos with negative results.

▇▇▇▇▇▇▇
**Correctional Services Specialist**
**North Central Regional Office**
**400 State Avenue**
**Tower II, Suite 800**
**Kansas City, KS 66106**
**Office:** ▇▇▇▇▇▇▇
▇▇▇▇▇▇▇

"Train people well enough so they can leave,
Treat them well enough so they don't want to". -Richard Branson

**SENSITIVE/PRIVILEGED COMMUNICATION**

The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

>>> Erika Fenstermaker 8/19/2019 12:40 PM >>>
We are currently in litigation regarding the above FOIA request. The requester asked for all videos of any involuntary feeding/Force Feeding Videos regarding the above inmate. We received 6 videos from the institution (ADX Florence) but as part of the litigation the requester is claiming that we did not conduct a proper search because per policy all videos must go to Central Office for review and that we should have requested a search be done of Central Office (We did ask Central Office to conduct a search but there response was that use of force videos (tube feedings) are submitted to the Regional Offices and that CPD does not maintain these videos). While the institution is the logical and reasonably place to search for the videos, since she is quoting policy we think it would be in our best interest to have the Regional Office conduct a search. See below:

**Can you please see if someone can conduct a search regarding inmate Salameh for any Force Feedings/Calculated Use of Force videos from January 1, 2002 to December 31, 2015.** If you find any videos can you please forward them the me. Keep in mind if there are any videos found, they will be withheld in there entirety.

If you have any questions, please do not hesitate to contact me. Thank you.

Erika Fenstermaker
Government Information Specialist
Federal Bureau of Prisons

North Central Regional Office
400 State Ave., 6th Floor
Kansas City, KS 66101
OFFICE: ███████

SBU - SENSITIVE BUT UNCLASSIFIED"
This message is intended for official use
and may contain SENSITIVE information.
It should be properly delivered, labeled, stored
and disposed of in accordance with policy.