

**U.S. Department of Justice**
**Federal Bureau of Prisons**
United States Penitentiary
Administrative Maximum

---

*Colorado Consolidated Legal Center*  　　　　　　　　　　　　*Florence, CO 81226*

March 8, 2005

MEMORANDUM FOR  MOHAMMAD SALAMEH, Federal Register No. 34338-054

FROM:　　　　　　　ROBERT A. HOOD, Warden

SUBJECT:　　　　　　**Restricted General Correspondence Restriction**

The purpose of this memorandum is to notify you that you are being placed on restricted general correspondence, pursuant to 28 C.F.R. § 540.15. Your past pattern of utilizing general correspondence to attempt to correspond with other incarcerated persons poses a special threat to security and good order of the institution, protection of the public, and national security insofar as your unlimited general written correspondence might facilitate further criminal or terrorist activity. Restricting your general correspondence is justified as you are considered a "security risk" pursuant to Federal Bureau of Prisons (Bureau) Program Statement No. 5265.11, Correspondence, (PS 5265.11) Section 12.a.(4). Accordingly, your general correspondence (incoming/outgoing) is limited to/from verifiable immediate family members only (spouse, mother, father, children, and siblings).

You are permitted to respond to your being placed on restricted general correspondence (orally or written), and a written response will be provided. This may be considered an attempt at informal resolution under the Bureau's Administrative Remedy Program. In addition, you may seek a formal review of the decision to place you on restricted general correspondence through the Bureau's Administrative Remedy Procedure. The procedure requires that you first address your complaint to the Warden. If dissatisfied with that response, you may appeal your complaint to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66201-2492. If dissatisfied with the Regional Director's response, you may appeal to the Director, National Inmate Appeals, in the Office of the General Counsel in Washington D.C.

Received:  March 8, 2005　　　　　　　　　　*Refused to Sign*　　　3-8-05
　　　　　　　　　　　　　　　　　　　　　　SALAMEH, Mohammad
　　　　　　　　　　　　　　　　　　　　　　Register Number 34338-054

| NOTICE OF INMATE RESTRICTIONS | UNITED STATES PENITENTIARY, FLORENCE, COLORADO |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

| INMATE NAME (LAST, First):<br>SALAMEH, Mohammad | REGISTER NUMBER:<br>34338-054 | UNIT/QUARTERS:<br>E-Unit/Range 6/202 |
|---|---|---|

**TYPE OF NOTIFICATION:**
- [X] Initial              [ ] Modification of previous notice dated _____
- [ ] 6 Month Review (BOP sanction only)
- [ ] 120 Day Review (Special Administrative Measure only)
- [ ] All restrictions removed   [ ] Other:

**TYPE OF RESTRICTION:**
- [ ] Sanction for prohibited act, (report or memo attached) *28 C.F.R. § 541, Subparts A&B*
- [ ] Judicial court order (attached), *18 U.S.C. § 3582(d)*
- [ ] Special Administrative Measure imposed by U.S. Attorney General, *28 C.F.R. § 501.3*
- [X] Other: General Correspondence Restrictions

**LENGTH OF RESTRICTION FROM EFFECTIVE DATE:**
- [X] Indefinite   [ ] Other:

*These restrictions are appealable using the Administrative Remedy Program, 28 C.F.R. § 542.*

*You are permitted to respond to your being placed on restricted general correspondence (orally or written), and a written response will be provided. This may be considered an attempt at informal resolution under the Bureau's Administrative Remedy Program.*

*You may seek a formal review of this decision through the Federal Bureau of Prisons' Administrative Remedy Procedure. The procedure requires that you first address your complaint to the Warden. If dissatisfied with that response, you may appeal your complaint to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66201-2492. If dissatisfied with the Regional Director's response, your may appeal to the Director, National Inmate Appeals, in the Office of the General Counsel in Washington D.C.*

**GENERAL CORRESPONDENCE:** *Pursuant to 28 C.F.R. § 540, Subparts A, B and F*
- [ ] No restriction to general correspondence
- [ ] You are prohibited from ALL general correspondence
- [X] You are permitted to correspond with the following individuals only: Members of your immediate family (spouse, mother, father, children, and siblings)
- [ ] You are prohibited from corresponding with the following individuals:
- [ ] You are permitted to correspond in the English language only
- [ ] Other:
- [X] Rationale: Your past pattern of utilizing general correspondence to attempt to correspond with other incarcerated persons poses a special threat to security and good order of the institution, protection of the public, and national security insofar as your unlimited general written correspondence might facilitate further criminal or terrorist activity.

**SPECIAL/LEGAL MAIL:** *Pursuant to 28 C.F.R. § 540, Subparts A & B*
- [ ] No restriction to special/legal mail
- [ ] You are permitted to correspond with the courts, but these attorneys only:
- [ ] You are prohibited from corresponding with the following individuals:
- [ ] Other:
- [ ] Rationale: Use of the mail to threaten physical harm of a government official

**TELEPHONE (Court Ordered or SAM only):** *Pursuant to 28 C.F.R. § 540, Subpart I*
- [ ] No restriction to telephone calls
- [ ] You are prohibited from all telephone calls
- [ ] You are permitted legal telephone calls only
- [ ] Other:

**VISITING/MEDIA (Court Ordered or SAM only):** *Pursuant to 28 C.F.R. § 540, Subparts D & E*
- [ ] No restriction to social visiting privileges
- [ ] You are prohibited from media interviews
- [ ] You are prohibited from all social visits
- [ ] You are permitted to visit with the following individuals only:
- [ ] You are prohibited from visiting with the following individuals:
- [ ] Other:

**OTHER JUDICIAL ORDER OR SPECIAL ADMINISTRATIVE MEASURE RESTRICTIONS:**

| Unit Manager Review: Printed Name/Signature<br>M. Collins, Unit Manager | Legal Services Review: Printed Name/Signature<br>Christopher B. Synsvoll, Supervisory Attorney |
|---|---|

Associate Warden (P) Review: Printed Name/Signature
C. Chester, AW (P)

| Warden: Printed Name/Signature　　　　　　　　　　　　 | Effective Date: March 8, 2005 | |
| --- | --- | --- |
| Robert A. Hood, Warden | | |
| Inmate Printed Name/Signature | Register Number | Date |
| Mohammad Salameh　*Refused to Sign* | 34338-054 | March 8, 2005 |
| Printed Name/Signature of Staff Witness　R. Derr　*[signature]* | | |

**Distribution: Original - Central File; cc - Inmate, Mail Room, Legal Services, Visiting Room**