

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KMA; 2019V02252

*271-A Cadman Plaza East, 7th Floor*
*Brooklyn, New York 11201*

May 13, 2021

<u>By ECF</u>

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Stahl v. Federal Bureau of Prisons and U.S. Department of Justice,*
             <u>Civil Action No. 19-CV-04142 (BMC)</u>

Dear Judge Cogan:

    Enclosed please find Defendants' supplemental submission in this action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The enclosures are:

Supplemental Memorandum of Law in Further Support of Defendants' Motion for
      Summary Judgment
Declaration of John Baumchen dated May 7, 2021
Declaration of J. Relvas dated May 7, 2021

    Thank you for Your Honor's consideration of this submission.

                              Respectfully submitted,

                              MARK J. LESKO
                              Acting United States Attorney
                              Attorney for Defendant

              By:     s/*<u>Kathleen A. Mahoney</u>*
                              KATHLEEN A. MAHONEY
                              Assistant U.S. Attorney
                              (718) 254-6026
                              kathleen.mahoney@usdoj.gov

Enclosures (by ECF)

cc: (By ECF)
    Counsel for Plaintiff