

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271-A Cadman Plaza East*
*Brooklyn, New York  11201*

VN:KMA; 2019V02252

April 22, 2022

By ECF

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:   *Stahl v. Federal Bureau of Prisons and U.S. Department of Justice,*
             Civil Action No. 19-CV-04142 (BMC)

Dear Judge Cogan:

      In accordance with Your Honor's Order dated April 12, 2022, the Federal Bureau of Prisons ("BOP") is proposing October 31, 2022 as the date by which it will produce the thirteen redacted videos to Plaintiff.[1]

      As explained in the Declaration of Kara Christenson (Dkt. #37-1), the BOP recently obtained access to and has been evaluating the efficacy of additional video editing software through Veritone as part of a pilot project. The BOP's proposed date takes into account the time needed to enter into a purchase contract with Veritone for use of the video editing software once funds are allocated, approximately 80 hours for editing of the videos, and the time that will be required for review and additional modifications needed to produce a final product.

---

[1] At issue in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), are thirteen videos taken with two cameras at different angles of two involuntary medical treatments administered to inmate Mohammad Salameh during his hunger strike at the Administrative Maximum (ADMAX) United States Penitentiary in Florence, Colorado. Six videos are of the administration of intravenous hydration on November 4, 2015, and the other seven are of the administration of liquid nutrition through a nasogastric tube on November 11, 2015.

Thank you for Your Honor's consideration of this submission.

                                                  Respectfully submitted,

                                                  BREON PEACE
                                                  UNITED STATES ATTORNEY
                                                  Attorney for Defendants

                                  By:    s/*Kathleen A. Mahoney*
                                                  KATHLEEN A. MAHONEY
                                                  Assistant U.S. Attorney
                                                  (718) 254-6026
                                                  kathleen.mahoney@usdoj.gov

cc:     (By ECF)

        Counsel for Plaintiff